UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PABLO RAYO-MONTANO, et al.,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Government's Motion To Strike, filed June 9, 2008. (DE # 657). The Government moves to strike docket entry # 642, Re-Notice of Lis Pendens, from the record. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Docket Entry # 642 is hereby stricken.

**DONE AND ORDERED** at West Palm Beach, Florida, this 27 day of June, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record